### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| Gracie Benak, et al. | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:20-cv-01625 UNA |
| | ) | |
| | ) | |
| Gurwinder Singh, et al.. | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

The above styled and numbered case was opened on November 16, 2020, and assigned to the Eastern Division.

After a review of the case, it was determined the case was assigned incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and assigned to the Honorable Stephen N. Limbaugh, Jr., United States District Judge, under cause number 1:20-cv-00243 SNLJ .

**IT IS FURTHER ORDERED** that cause number 4:20-cv-01625 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated:November 17, 2020                    By: /s/ Michele Crayton
                                               Court Services Manager

**In all future documents filed with the Court, please use the following case number 1:20-cv-00243 SNLJ.**